No. 152, Misc. MILLS *v.* LEVINE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Emmett Leo Sheehan* and *Landon Gerald*

*Dowdey* for petitioner. *Samuel Z. Goldman* and *Joseph D. Bulman* for respondent.